UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: OCTAGON, INC, <br><br> OCTAGON, INC, <br><br>     Petitioner, <br><br>  v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br>     Respondent, <br><br> CLIFF LABOY, Jr., <br><br>     Real Party in Interest. | No. 14-72523 <br><br> D.C. No. 3:14-cv-01417-CRB <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered , takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Synitha Walker
                                        Deputy Clerk