UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: OCTAGON, INC, | No. 14-72523 |
| OCTAGON, INC, | D.C. No. 3:14-cv-01417-CRB |
| Petitioner, | U.S. District Court for Northern California, San Francisco |
| v. | **ORDER** |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| CLIFF LABOY, Jr., | |
| Real Party in Interest. | |

The mandate issued on November 05, 2014 is recalled as issued in error.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk