UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: OCTAGON, INC, <br><br> OCTAGON, INC, <br><br>　　　　　Petitioner, <br><br>　v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br>　　　　　Respondent, <br><br> CLIFF LABOY, Jr., <br><br>　　　　　Real Party in Interest. | No. 14-72523 <br><br> D.C. No. 3:14-cv-01417-CRB <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered April 27, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Synitha Walker
　　　　　　　　　　　　　　　　　　Deputy Clerk