AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Cliff LaBoy, Jr.

                  Plaintiff (s),

V.

Octagon, Inc.

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-01417-CRB

Notice is hereby given that, subject to approval by the court, Defendant and Counter-claimant, Octagon, Inc. (Party (s) Name) substitutes Maria C. Rodriguez, DLA Piper LLP (US) (Name of New Attorney), State Bar No. 194201 as counsel of record in place of Danielle L. Ochs and Timothy L. Reed, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: DLA Piper LLP (US)
    Address: 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, CA 90067-4704
    Telephone: (310) 595-3000    Facsimile (310) 595-3300
    E-Mail (Optional): maria.rodriguez@dlapiper.com

I consent to the above substitution.

Date: June 30, 2015

(Signature of Party (s))
Paul Haase, Octagon, Inc.

I consent to being substituted.

Date: June 30, 2015

(Signature of Former Attorney (s))
Danielle L. Ochs and Timothy L. Reed

I consent to the above substitution.
Date: June 30, 2015

(Signature of New Attorney)
Maria C. Rodriguez

The substitution of attorney is hereby approved and so ORDERED.

Date: July 14, 2015

Judge
Honorable Charles R. Breyer

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

WEST\259048353.1

American LegalNet, Inc.
www.FormsWorkflow.com