1  MARIA C. RODRIGUEZ (SBN 194201)
   mcrodriguez@mwe.com
2  MICHELLE S. STROWHIRO (SBN 271969)
   mstrowhiro@mwe.com
3  McDERMOTT WILL & EMERY LLP
   2049 Century Park East
4  Suite 3800
   Los Angeles, CA 90067-3218
5  Telephone:  +1 310 277 4110
   Facsimile:  +1 310 277 4730
6
   Attorneys for Defendant and Counter-Claimant
7  OCTAGON, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFF LABOY, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>OCTAGON, INC., a Washington, D.C. corporation,<br><br>Defendant. | CASE NO. 14-cv-01417-CRB<br><br>Hon. Charles R. Breyer<br><br>[~~PROPOSED~~] **ORDER RE CONDITIONAL STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(A)(2)**<br><br>Complaint Filed: February 21, 2014<br>Trial Date: None Set<br>[Filed concurrently with: Conditional Stipulation of Dismissal with Prejudice] |
| OCTAGON, INC., a Washington, D.C. corporation,,<br><br>Counter-Claimant,<br><br>v.<br><br>CLIFF LABOY, JR., an individual,<br>Counter-Defendant,<br><br>and<br><br>RELATIVITY SPORTS, LLC, A DELAWARE CORPORATION,<br><br>Counter-Defendants. | |

# [~~PROPOSED~~] ORDER RE CONDITIONAL STIPULATION OF DISMISSAL

Having reviewed the Parties' Conditional Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41 (a)(2) (the "Stipulation"), and good cause appearing, the District Court shall retain jurisdiction over the above-entitled matter for the purpose of enforcing the settlement agreement between the Parties; and hereby GRANTS the Parties' Stipulation to dismiss the entire case with prejudice with each party to bear their own fees and costs, including attorneys' fees.

**IT IS SO ORDERED.**

Date: May 9, 2018

_____
Hon. Charles R. Breyer
United States District Judge

- 1 -

[~~PROPOSED~~] ORDER　　　　　　　　　　　　　　　　　CASE NO. 14-CV-01417-CRB